JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARIA GARCIA,

        Plaintiff,

   v.

1242 S. BERENDO LLC, et al.,

        Defendants.

Case No.  CV 26-1919-GW-Ex

**ORDER TO DISMISS WITH PREJUDICE**

Based upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [17] filed on May 15, 2026, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 15, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE